UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:11-cr-27-T-23TGW

ODIMAR ARAGON-PANDALES

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files this response to the defendant's Motion for Early Termination of Supervised Release (Doc. 109) and the Order of this Honorable Court (Doc. 110).

1. The defendant seeks termination of his supervised release having completed over three (3) years of the five (5) year term.

2. The undersigned has consulted with the defendant's Probation Officer from the Sarasota Office concerning the instant motion. The Probation Office agrees the defendant has complied with all conditions of Supervised Release and would not oppose early termination. The undersigned also contacted FBI agents that work with the defendant. The agents have no concerns about his supervised release being terminated at this time.

3. Given the defendant's compliance while on supervised release and the position of his Probation Officer and the FBI, the United States Attorney's Office has no objection to early termination.

ACCORDINGLY, based upon the aforementioned, the government has no objection to the defendant's Motion for Early Termination of Supervised Release.

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

By:   */s/ Joseph K. Ruddy*
    Joseph K. Ruddy
    Assistant United States Attorney
    United States Attorney No. 037
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: Joseph.Ruddy@usdoj.gov

U.S. v. Aragon-Pandales                    Case No. 8:11-cr-27-T-23TGW

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Nelson I. Alfaro, Esq.

    United States Probation Office

                                      */s/ Joseph K. Ruddy*
                                      Joseph K. Ruddy
                                      Assistant United States Attorney
                                      United States Attorney No. 037
                                      400 N. Tampa Street, Suite 3200
                                      Tampa, Florida 33602-4798
                                      Telephone: (813) 274-6000
                                      Facsimile: (813) 274-6358
                                      E-mail: Joseph.Ruddy@usdoj.gov